UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **In Re: 08-13317-wch** | ) | **Chapter 7    Proceeding** |
| | ) | |
| **Kathleen M. Moore** | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| **Deutsche Bank National Trust** | | |
| **Company, as Indenture Trustee, for** | ) | |
| **New Century Home Equity Loan Trust** | ) | |
| **2005-2** | | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **Kathleen M. Moore** | ) | |
| **and Stephen E. Shamban, Trustee** | ) | |
| Respondent | ) | |

### ORDER GRANTING MOTION FOR RELIEF

  The foregoing motion having been duly noticed and heard by this Court, it is hereby ORDERED that:

  The automatic stay provisions of 11 U.S.C. § 362(a) be modified as to Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-2, its designated servicing agent, and/or its successors and assigns for the purposes of allowing said Movant to foreclose its mortgage on **133 Sea View Avenue, Oak Bluffs, Massachusetts;** or in lieu of foreclosure, Movant, its designated servicing agent, and/or its successors and assigns may, at its option, offer, provide, and enter into a potential forbearance agreement, loan modification, refinance agreement, or other loan workout/loss mitigation agreement, including accepting a deed in lieu of foreclosure from the Debtor. The Movant or its designated servicing agent may contact the Debtor via telephone or written correspondence

to offer such an agreement. In the event the Debtor receives a discharge, any such agreement shall be non-recourse against the Debtor unless included in a reaffirmation agreement.

Further, Movant may assess the Debtor's mortgage account with reasonable attorney's fees and costs in connection with this Motion for Relief from Stay. In the event the Debtor receives a discharge, such fees and costs shall be non-recourse against the Debtor unless included in a reaffirmation agreement.

Further, it is hereby ordered that Bankruptcy Rule 4001(a)(3) is not applicable so that Movant may immediately enforce and implement this order modifying the automatic stay. No deficiency judgment shall be enforced without the further order of the Court.

Dated: November 18, 2009         BY THE COURT

_____
Honorable Judge William C. Hillman
U.S. Bankruptcy Judge